# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. GAINES, | CASE NO. 1:12-cv–00715-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PROVIDE HIS FULL NAME AND CORRECT CDCR NUMBER WITHIN FIFTEEN DAYS |
| v. | |
| JAMES D. HARTLEY, et al., | |
| Defendants. | |

Plaintiff R. Gaines is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2012, the complaint and a motion to proceed informa pauperis were filed. The Court is unable to find any inmate with the California Department of Corrections and Rehabilitation ("CDCR") number provided by Plaintiff in the CDCR Inmate Locator System, nor does the system show any inmate by this name housed at Avenal State Prison.

Accordingly, within fifteen days from the date of service of this order, Plaintiff shall provide his full name and correct CDCR number to the Court. Failure to comply with this order shall result in this action being dismissed, without prejudice for failure to obey a court order.

IT IS SO ORDERED.

Dated:   May 3, 2012            /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

1