1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   R. GAINES,                                    CASE NO. 1:12-cv–00715-BAM PC

10              Plaintiff,                         ORDER REQUIRING PLAINTIFF TO
                                                   PROVIDE HIS FULL NAME AND CORRECT
11         v.                                      CDCR NUMBER WITHIN FIFTEEN DAYS

12   JAMES D. HARTLEY, et al.,

13              Defendants.

14   _____/

15         Plaintiff R. Gaines is a state prisoner proceeding pro se in this civil rights action pursuant to

16   42 U.S.C. § 1983.  On May 3, 2012, the complaint and a motion to proceed informa pauperis were

17   filed.  The Court is unable to find any inmate with the California Department of Corrections and

18   Rehabilitation ("CDCR") number provided by Plaintiff in the CDCR Inmate Locator System, nor

19   does the system show any inmate by this name housed at Avenal State Prison.

20         Accordingly, within fifteen days from the date of service of this order, Plaintiff shall provide

21   his full name and correct CDCR number to the Court.  Failure to comply with this order shall result

22   in this action being dismissed, without prejudice for failure to obey a court order.

23      IT IS SO ORDERED.

24   **Dated:    May 3, 2012**                    **/s/ Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

1