1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   R. GAINES,                                  CASE NO. 1:12-cv–00715-AWI-BAM PC

10                    Plaintiff,                ORDER DISMISSING ACTION, WITHOUT
                                                PREJUDICE, FOR FAILURE TO COMPLY
11           v.                                 WITH A COURT ORDER

12   JAMES D. HARTLEY, et al.,

13                    Defendants.
     _____/

14

15          Plaintiff R. Gaines is a state prisoner proceeding pro se in this civil rights action pursuant to

16   42 U.S.C. § 1983.  On May 3, 2012, the complaint and motion to proceed informa pauperis were

17   filed and new case documents were mailed to Plaintiff.[1]  The Court was unable to find any inmate

18   with the California Department of Corrections and Rehabilitation ("CDCR") number provided by

19   Plaintiff in the CDCR Inmate Locator System, nor did the system show any inmate by this name

20   housed at Avenal State Prison.  Because the Court was unable to determine if Plaintiff was entitled

21   to proceed in forma pauperis in this action, an order issued on May 4, 2012, requiring Plaintiff to

22   provide his full name and correct CDCR number to the Court.  Plaintiff was advised that failure to

23   comply with the order would result in this action being dismissed, without prejudice, for failure to

24   obey a court order.  More than fifteen days has passed and Plaintiff has failed to comply or otherwise

25   respond to the Court's order.

26   _____

27          [1]On May 10, 2012, the new case documents were returned marked undeliverable, not at ASP.  On June 6,
     2012, the order assigning this case to the Honorable Anthony W. Ishii was returned as undeliverable, marked
28   "Paroled".  Plaintiff has not notified the Court of any change in his address.  Absent such notice, service at a party's
     prior address is fully effective.  Local Rule 182(f).

1

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Accordingly, this action is dismissed, without prejudice, for failure to comply with a court order, and all pending motions are terminated.

IT IS SO ORDERED.

Dated:   June 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE